# EXHIBIT A-5

CAUSE NO. DC-24-03566

| | | |
|---|---|---|
| SONYA L. CHAPMAN | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | DALLAS COUNTY, TEXAS |
| | § | |
| v. | § | 134th JUDICIAL DISTRICT |
| | § | |
| ADT LLC ET SEQ | § | |
| | § | |
| *Defendant.* | § | |

**O R D E R**

Pending before the Court is Plaintiffs Motion for Default Judgment Dkt. No. 5. After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be granted.

It is SO ORDERED.

Signed this ____ day of _____ 2024.

_____
Dale Tillery
Honorable Judge

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 86452434
Filing Code Description: Non-Signed Proposed Order/Judgment
Filing Description: PROPOSED DEFAULT JUDGMENT
Status as of 4/9/2024 1:43 PM CST

Associated Case Party: SONYAL.CHAPMAN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| SONYA LCHAPMAN | | SNYCHPMN@YAHOO.COM | 4/9/2024 1:14:05 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Francine Ly | | fly@dallascourts.org | 4/9/2024 1:14:05 PM | SENT |

Associated Case Party: ADT LLC ET SEQ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brent Sedge | | bsedge@fisherphillips.com | 4/9/2024 1:14:05 PM | SENT |