IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONYA L. CHAPMAN, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:24-CV-00917-B-BK |
| | § | |
| ADT, LLC, | § | |
| DEFENDANT. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, *Plaintiff's Opposed Motion for Injunctive and Equitable Relief and Trial on the Merits* is **DENIED**.

SO ORDERED this 28th day of June, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE