IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONYA L. CHAPMAN, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:24-CV-917-B-BK |
| | § | |
| ADT, LLC, | § | |
|     DEFENDANT. | § | |

### RECOMMENDATION REGARDING IN FORMA PAUPERIS ON APPEAL

Before the Court is Plaintiff's request to proceed *in forma pauperis* on appeal. Doc. 31. Upon consideration, of the motion, the relevant portions of the record, and the applicable law, it is recommended that the motion to proceed *in forma pauperis* on appeal be **DENIED**. It is further recommended that, pursuant to FED. R. APP. P. 24(a) and 28 U.S.C. § 1915(a)(3), the Court certify that Plaintiff's appeal is not taken in good faith.

Plaintiff is attempting to appeal the denial of the Court's order denying *Plaintiff's Opposed Motion for Injunctive and Equitable Relief and Trial on the Merits*. Doc. 11. Because Plaintiff did not attempt to show that she had a substantially likelihood of succeeding on the merits of her case, there are no non-frivolous issues for appeal in this case. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (per curiam) (an appeal is not taken in good faith when it fails to present non-frivolous issues).

**Although this appeal should be certified as not taken in good faith under 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), Plaintiff may challenge this finding by filing a**

**separate motion to proceed** *in forma pauperis* **on appeal with the Clerk of Court for the U.S. Court of Appeals for the Fifth Circuit, within 30 days of the District Judge's Order on this Recommendation.**

**SIGNED** August 30, 2024.

*[signature]*

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE