## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SONYA L. CHAPMAN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:24-CV-917-B-BK |
| | § | |
| ADT LLC, | § | |
| DEFENDANT. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED**, and **DECREED** that *Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support*, Doc. 16, is **GRANTED IN PART.** Plaintiff's federal and Texas Constitution claims are **DISMISSED WITH PREJUDICE.** The remainder of Plaintiff's Texas law claims are **DISMISSED WITHOUT PREJUDICE.** This case is **CLOSED.**

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

**SIGNED** this 7th day of March, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE